IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:10-CR-326-2-TWT |
| RAHMAN HILL, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 173] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 134]. The Defendant's objections do not make a lot of sense and utterly fail to show that the Defendant was prejudiced by any alleged ineffective assistance of counsel before or after the plea hearing. The fact that the Defendant is unhappy with his sentence is not grounds for vacating his sentence. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 134] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 7 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge